REQUEST FOR COURT ACTION / DIRECTION

TO: Honorable WILLIAM H. WALLS
U.S. District Judge

OFFENSE: Bank Fraud {18 USC 1344 &2}

ORIGINAL SENTENCE: Twenty-four (24) months imprisonment; five (5) years supervised release; $100 special assement

FROM: PAUL WODESHICK
Supervising U.S. Probation Officer

SPEC. CONDITIONS: Financial disclosure; credit restrictions; refrain from all gambling activities; attend Gamblers Anonymous as directed; register on the self-exclusion lists maintained by the New Jersey Casino Control Commission and Racetrack Commission; restitution in the amount of $531,642.21.

AUSA: Kevin G. Walsh

RE: Eleanor Sweeney
Docket # 07-CR-458-001

DATE OF SENTENCE: October 30, 2007

DATE: March 9, 2010

ATTACHMENTS: PSI    JUDGMENT    PREVIOUS REPORTS
VIOLATION   PETITION

REQUEST FOR:  WARRANT____   SUMMONS ____   COURT DIRECTION  X

**PERMISSION FOR INTERNATIONAL TRAVEL**

Reference is made to the above-indicated individual who was sentenced by the Honorable William H. Walls of the District of New Jersey as indicated.

Sweeney has been under supervision in this district subsequent to the completion of the custodial portion of her sentence effective July 30, 2008. Her compliance thus far has been marginal. Sweeney has registered as directed with the self-exclusion lists maintained by the New Jersey Casino Control Commission and Racetrack Commission and attends Gamblers Anonymous. There has been no indications of renewed criminal activity. Restitution payments are in arrears, due to Sweeney's inability to secure employment. She is currently receiving a minor stipend from the City of New York Department of Aging. There has been no indication of undeclared

assets, and efforts are being undertaken for Sweeney to reduce her expenditures.

The purpose of this memorandum is to advise that Sweeney is requesting permission to travel overseas to Great Britain. The purpose of said travel is for the internment of Sweeney's mother, who passed away on February 24th. The internment is scheduled for March 18th in London. Under her proposed itinerary, Sweeney would travel to London on March 15th and return on the 26th. She would stay at her sister's residence in London during that period of time. Sweeney's expenses, including airfare, are to be paid for by family members.

The undersigned has no objections to Sweeney's request. She has provided the necessary documentation, including her mother's death certificate. As such, we have provided a checklist for Your Honor's perusal.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: _____
PAUL WODESHICK
Supervising U.S. Probation Officer
212-805-5122

**1. Travel to Great Britain Approved.** ✓

**2. Travel to Great Britain Denied.** _____

**3. Other.** _____

_____          March 10, 2010
HONORABLE WILLIAM H. WALLS              Date
U.S. District Judge
District of New Jersey