PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Eleanor Sweeney  **Docket Number:** 07-00458-001
 **PACTS Number:** 47338

**Name of Sentencing Judicial Officer:** Honorable William H. Walls

**Date of Original Sentence:** 10/30/2007

**Original Offense:** Bank Fraud

**Original Sentence:** 24 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 07/03/08

**Assistant U.S. Attorney:** Kevin G. Walsh, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Donald J. McCauley, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On approximately December 16, 2010, the offender was arrested in New York for knowing possession of a stolen sweater and handbag. She was charged with misapplication of property, in violation of New York State Penal Law 165.40, and petit larceny, in violation of New York State Penal Law 155.24, both Class A misdemeanors. |
| 2 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | The offender failed to notify the U.S. Probation Officer within 72 hours of being arrested on December 16, 2010. |
| 3 | The offender has violated the standard supervision condition which states '**You |

shall not commit another federal, state, or local crime.'

On approximately February 1, 2011, the offender was arrested in New York for knowingly possessing stolen Zantac allergy medication. She was charged with petit larceny, in violation of New York State Penal Law 155.24, a class A misdemeanor, and criminal possession of stolen property- 5th degree, in violation of New York State Penal Law 165.40.

4          The offender has violated the mandatory supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $531,642.21 to the U.S. Treasury for distribution to the victims.**

From December 2008 through March 2010 and July 2010 through present, the offender failed to make a good faith effort to pay the court-ordered restitution, in that the offender did not remit any payment during these time periods.

I declare under penalty of perjury that the foregoing is true and correct.

By: Donna W. Shaw
Senior U.S. Probation Officer
Date: 3/21/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[√] The Issuance of a Summons.  Date of Hearing: 26 Apr 2011
[ ] No Action
[ ] Other

Signature of Judicial Officer

29 March 2011
Date