PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Eleanor Sweeney

**Docket Number:** 07-00458-001
**PACTS Number:** 47338

**Name of Sentencing Judicial Officer:** HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/30/2007

**Original Offense:** BANK FRAUD

**Original Sentence:** 24 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 07/30/08

**Assistant U.S. Attorney:** Gurbir Grewal, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Donald J. McCauley, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states 'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.' |
| | On or about January 25, 2012, the offender failed to truthfully answer the inquiries of a federal officer, in that the offender provided false statements with regard to travel to Atlantic City and engagement in gambling activity. |
| | On or about January 25, 2012, the offender failed to answer truthfully the inquiries of the probation officer, in that the offender denied traveling to Atlantic City and denied engaging in gambling activity. |
| 2 | The offender has violated the special supervision condition which states 'You shall refrain from all gambling activities, legal or otherwise, to include the |

PROB 12C - Page 2
Eleanor Sweeney

purchase or receipt of lottery tickets. You shall register on the self-exclusion lists maintained by the New Jersey Casino Control Commission and Racetrack Commission within 60 days of the commencement of supervision and remain on these lists for the duration of supervision. The Probation Officer shall supervise your compliance with this condition.'

On or about October 17, 2011 through October 24, 2011, November 7, 2011 through November 14, 2011, and approximately ten other dates during the 2011 year, the offender failed to refrain from gambling activities, in that the offender traveled to Atlantic City and engaged in said activity.

3          The offender has violated the standard supervision condition which states 'You shall not leave the judicial district without the permission of the Court or Probation Officer.'

On or about October 17, 2011 through October 24, 2011, November 7, 2011 through November 14, 2011, and approximately ten other dates during the 2011 year, the offender left the judicial district without the permission of the court or probation officer, to wit the offender traveled to New Jersey, particularly Atlantic City and surrounding areas.

4          The offender has violated the special supervision condition which states 'You are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You shall not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court.'

On or about June 2011, the offender opened a line of credit without prior approval, in that the offender opened an account with TD Bank and had not requested permission from the U.S. Probation Department prior to doing so.

I declare under penalty of perjury that the foregoing is true and correct.

By: Donna W. Shaw
Senior U.S. Probation Officer
Date: 3/20/12

THE COURT ORDERS:
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date